U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 2 7 2005

ROBERT H. SHEMWELL, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 04-50140 |
| versus | JUDGE HICKS |
| THOMAS CHRISTIE | MAGISTRATE JUDGE HORNSBY |

### ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge issued on August 11, 2005, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Suppress (Doc. 26) is DENIED.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this 27 day of Sept., 2005.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE